UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                                Case Number: 13-30837 ABA

Debtor: Fred M. Parker, Jr.

| Check Number | Creditor | Amount |
|---|---|---|
| 1858002 | JPMorgan Chase Bank, N.A. | 1967.71 |

*/s/ Isabel C. Balboa*
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:  September 10, 2014